# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Joe N. Alston,

    Plaintiff(s),

vs.

Joanne B. Barnhart,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv275

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/1/07 Order.

Signed: June 1, 2007

Frank G. Johns, Clerk
United States District Court